**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TERRELL TERRY, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>KOHL'S, INC.,<br><br>               Defendant. | Case No. 1:22-cv-04625-CRN-BWJ |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Terrell Terry, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Kohl's, Inc. without prejudice.


Dated: September 23, 2022                Respectfully submitted,

                                     *s/ Gary M. Klinger*
                                   Gary M. Klinger
                                   **MILBERG COLEMAN BRYSON
                                   PHILLIPS GROSSMAN, PLLC**
                                   227 W. Monroe Street, Suite 2100
                                   Chicago, IL 60606
                                   Telephone: 866-252-0878
                                   gklinger@milberg.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 23, 2022 the foregoing document was

filed via the Court's ECF system, which will cause a true and correct copy of the same to be served

electronically on all ECF-registered counsel of record.

    *s/ Gary M. Klinger*

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com